USDC- BALTIMORE
'23 AUG 30 PM 3:59

JTW: 08.29.23
JWS / USAO#2022R00518

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB 23cr301 |
| | * | |
| JERRITT BARRON, | * | (Conspiracy to Commit Carjacking, 18 |
| JEREMY MATHENY, | * | U.S.C. § 371; Conspiracy to Use, Carry, |
| ANTONIO PURISIMA, | * | and Brandish a Firearm During and in |
| and | * | Relation to a Crime of Violence, 18 |
| NEFERTITI MOORE, | * | U.S.C. § 924(o); Carjacking, 18 U.S.C. |
| | * | §§ 2119(1), (3); Using, Carrying, and |
| Defendants. | * | Brandishing a Firearm During and in |
| | * | Relation to a Crime of Violence, 18 |
| | * | U.S.C. § 924(c); Prohibited Person in |
| | * | Possession of a Firearm and |
| | * | Ammunition, 18 U.S.C. § 922(g); Aiding |
| | * | and Abetting, 18 U.S.C. § 2; Forfeiture, |
| | * | 18 U.S.C. §§ 924(d) and 982(a)(5), 21 |
| | * | U.S.C. § 853(p), and 28 U.S.C. § 2461(c)) |
| | * | |

...oOo...

## INDICTMENT

### COUNT ONE
(Conspiracy to Commit Carjackings)

The Grand Jury for the District of Maryland charges that:

In or about June 2022, in the District of Maryland,

**JERRITT BARRON,
JEREMY MATHENY,
ANTONIO PURISIMA,
and
NEFERTITI MOORE,**

the defendants herein, together with others known and unknown to the Grand Jury, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree to take from the person and presence of another, by force, violence, and intimidation, and with intent to cause death and serious

bodily harm, a motor vehicle that had been transported, shipped, and received in interstate commerce, in violation of 18 U.S.C. § 2119, which offense is commonly referred to as Carjacking.

## OVERT ACTS

During the course of and in furtherance of the conspiracy, and to effect the objects thereof, at least one of the conspirators committed or caused to be committed at least one of the following acts, among others, in the District of Maryland and elsewhere:

1. In or about June 2022, one or more conspirators possessed a firearm in preparing to commit carjackings;

2. On or about June 15, 2022, at approximately 1:35 a.m., one or more conspirators traveled to the Maryland Live! Casino in Glen Burnie, Maryland in an Acura TL vehicle. While at the Maryland Live! Casino, the conspirators followed the owner of a 2014 Cadillac Escalade from the casino to her home located near the 300 block of Milton Avenue in Glen Burnie, Maryland. One or more of the conspirators then approached the victim, brandished handguns, and demanded money and the keys to the victim's Escalade vehicle. The conspirators then took the Escalade from the victim. The victim's vehicle was recovered approximately one hour later. The Acura TL vehicle was also located later on June 15, 2022.

3. On or about June 19, 2022, at approximately 4:31 a.m., one of the conspirators flagged-down the driver of a 2022 Hyundai Tucson near the Caton Avenue exit (Exit 50) of Interstate 95 to attempt to carjack the vehicle. Once the driver stopped, several of the conspirators approached the victim's vehicle and discharged a handgun, killing the driver of the Hyundai Tucson. The conspirators then left the scene.

4. On or about June 20, 2022, at approximately 4:10 p.m., one or more conspirators were in a black pick-up truck and approached a black 2004 Acura TL in the vicinity of 3100

Washington Boulevard in Baltimore City, Maryland. The conspirators exited the black pick-up truck, brandished firearms, and approached the black Acura vehicle. The conspirators carjacked the vehicle and left the area in both the black pick-up truck and the victim's black Acura vehicle. The victim later identified the conspirators' black pick-up truck as the vehicle that approached the victim's vehicle prior to the carjacking;

5. On or about June 21, 2022, at approximately 11:59 p.m., one or more conspirators operated a white Honda vehicle and approached a white 2013 Lexus GS350 in the vicinity of 2400 Hollins Ferry Road in Baltimore City, Maryland. The conspirators approached the victim's vehicle, brandished firearms, and carjacked the victim's Lexus vehicle. The conspirators left the area in the white Honda and stolen Lexus vehicles;

6. On or about June 22, 2022, at approximately 2:25 a.m., at least three conspirators drove a white Honda Accord to the vicinity of 200 Key Highway in Baltimore City, Maryland. The conspirators surrounded a black 2009 Honda Accord, brandished firearms, demanded that the victim get out of the vehicle, and left the area in their white Honda vehicle and the victim's black Honda vehicle; and

7. On or about June 22, 2022, at approximately 2:40 a.m., one or more conspirators operated a white sedan and drove to the vicinity of 2900 James Street in Baltimore City, Maryland. While at the location, the conspirators approached a grey 2016 Honda HR-V and brandished firearms. The victim put their Honda HR-V vehicle in reverse and pulled away. As the victim drove away, the victim heard at least one gun shot. The victim then followed the conspirators' vehicle, and the conspirators again discharged a firearm.

18 U.S.C. § 371

3

## COUNT TWO
### (Conspiracy to Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

In or about June 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,**
**JEREMY MATHENY,**
**ANTONIO PURISIMA,**
and
**NEFERTITI MOORE,**

did knowingly and unlawfully combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Carjacking, as set forth in Counts Three, Five, Six, Eight, Ten, and Twelve of this Indictment, which are incorporated herein by reference.

18 U.S.C. § 924(o)

## COUNT THREE
(Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about June 15, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,
JEREMY MATHENY,
and
ANTONIO PURISIMA,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a black 2014 Cadillac Escalade, bearing Maryland license tag number 3DM1661.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT FOUR
### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 15, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,**
**JEREMY MATHENY,**
**and**
**ANTONIO PURISIMA,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Carjacking in violation of Title 18, United States Code, Section 2119(1), as alleged in Count Three of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT FIVE
### (Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about June 19, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,
JEREMY MATHENY,
ANTONIO PURISIMA,
and
NEFERTITI MOORE,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did attempt to take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a silver 2022 Hyundai Tucson, bearing Connecticut temporary license tag number 75066, and a person died as a result of the attempted carjacking.

18 U.S.C. § 2119(3)
18 U.S.C. § 2

## COUNT SIX
### (Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about June 20, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON**
**and**
**JEREMY MATHENY,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a black 2004 Acura TL, bearing Maryland license tag number 1ET0194.


18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT SEVEN
### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 20, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON**
and
**JEREMY MATHENY,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Carjacking in violation of Title 18, United States Code, Section 2119(1), as alleged in Count Six of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT EIGHT
(Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about June 21, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,
JEREMY MATHENY,
and
NEFERTITI MOORE,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a white 2013 Lexus GS350, bearing Maryland temporary license tag number T0888488.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT NINE
### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 21, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,
JEREMY MATHENY,
and
NEFERTITI MOORE,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Carjacking in violation of Title 18, United States Code, Section 2119(1), as alleged in Count Eight of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT TEN
### (Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about June 22, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,**
**JEREMY MATHENY,**
**and**
**NEFERTITI MOORE,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a black 2009 Honda Accord, bearing Maryland license tag number 5EM2433.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT ELEVEN
### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 22, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,
JEREMY MATHENY,
and
NEFERTITI MOORE,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Carjacking in violation of Title 18, United States Code, Section 2119(1), as alleged in Count Ten of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT TWELVE
(Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about June 22, 2022, in the District of Maryland, the defendants,

**JERRITT BARRON,
JEREMY MATHENY,
and
NEFERTITI MOORE,**

by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, did attempt to take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a grey 2016 Honda HR-V, bearing Maryland license tag number 5CN5505.


18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT THIRTEEN
### (Prohibited Person in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about June 22, 2022, in the District of Maryland, the defendant,

### JERRITT BARRON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Glock 45, 9mm semi-automatic handgun, serial number BMYN554; and 19 rounds of 9mm ammunition in an extended magazine; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT FOURTEEN
### (Prohibited Person in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about August 15, 2022, in the District of Maryland, the defendant,

### ANTONIO PURISIMA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Smith & Wesson Model SD9 VE 9mm semi-automatic handgun, serial number FCA4209; and 15 rounds of 9mm ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of the defendants' conviction under any of Counts One through Eight of the Indictment.

### Carjacking Forfeiture

2. Upon conviction of any of the offenses alleged in Counts Three, Five, Six, Eight, Ten, and Twelve of this Indictment, the defendants,

> **JERRITT BARRON,**
> **JEREMY MATHENY,**
> **ANTONIO PURISIMA,**
> **and**
> **NEFERTITI MOORE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense.

### Firearms Forfeiture

3. Upon conviction of any of the offenses alleged in Counts One through Fourteen of this Indictment, the defendants,

> **JERRITT BARRON,**
> **JEREMY MATHENY,**
> **ANTONIO PURISIMA,**
> **and**
> **NEFERTITI MOORE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in those offenses.

## Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. a Glock 45, 9mm semi-automatic handgun, serial number BMYN554;

   b. approximately 19 rounds of 9mm caliber ammunition;

   c. a Smith & Wesson Model SD9 VE 9mm semi-automatic handgun, serial number FCA4209; and

   d. approximately 15 rounds of 9mm caliber ammunition.

## Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*[signature]*
EREK L. BARRON
UNITED STATES ATTORNEY

A TRUE BILL:

8-30-23
DATE

**SIGNATURE REDACTED**

FOREPERSON